**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7680**

CHRISTOPHER ODEN,

                    Petitioner - Appellant,

         v.

ERIC D. WILSON, Warden, Federal Correctional Complex,

                    Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   John A. Gibney, Jr., District Judge.  (3:15-cv-00196-JAG-RCY)

Submitted:  March 7, 2017                    Decided:  May 5, 2017

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Oden, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher William Oden, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition and denying his Fed. R. Civ. P. 59(e) motion.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Oden v. Wilson, No. 3:15-cv-00196-JAG-RCY (E.D. Va. Jan. 11, 2016 & Nov. 8, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We have construed Oden's March 9, 2016 motion for a certificate of appealability as a timely notice of appeal from the district court's order denying his § 2241 petition. See Marmolejo v. United States, 196 F.3d 377, 378 (2d Cir. 1999) (holding that motion for certificate of appealability should be treated as notice of appeal).